UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT CSECH,<br><br>                              Plaintiff,<br>     v.<br>ISIDRO BACA, *et al.*,<br><br>                             Defendants. | Case No. 3:19-cv-00209-MMD-CLB<br><br>ORDER |

Plaintiff in this civil rights action is a prisoner who complains about alleged events at Northern Nevada Correctional Center ("NNCC"). He moves for injunctive relief requiring the preservation of video recordings of the following two alleged incidents: 1) an incident on the morning of April 5, 2019 in Unit 2 of NNCC that allegedly involved strangulation; and 2) an incident allegedly involving the denial of medical care in the medical building on April 4, 2019. (ECF No. 4, 5). The court construes these motions as a motion for preservation of evidence. Plaintiff's motions (ECF No. 4 & 5) are **GRANTED** and any such videos that still exist and have not been destroyed in the normal cause of business shall be preserved until further order of the court.

IT IS FURTHER ORDERED that the Clerk of the Court shall electronically serve a copy of this order on the Office of the Attorney General of the State of Nevada by adding

the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service for any defendant. The Office of the Attorney General shall serve this order on the appropriate official at the Nevada Department of Corrections most likely to have these videos in his or her custody and control.

DATED: January 31, 2020.

_____
UNITED STATES MAGISTRATE JUDGE